IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3114 |
| V. | ) | |
| GILBERT AL ONTIVEROS, | ) | ORDER |
| Defendant. | ) | |

After consultation with counsel, and with their agreement,

IT IS ORDERED that:

(1) The defendant's sentencing is continued to July 20, 2011, at 12:00 noon.

(2) The defendant asserts objections to the gun enhancement and lack of credit regarding an undischarged term of imprisonment. These objections will be considered at sentencing.

(3) The defendant may submit a brief on these objections by July 13, 2011, and the government may respond by July 19, 2011.

DATED this 9th day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge