IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3114 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| GILBERT ONTIVEROS, a/k/a O.G., | ) | |
| | ) | |
| Defendant. | ) | |

Defense counsel has contacted the defendant and has mailed him copies of the documents he requested. Accordingly,

IT IS ORDERED:

1) Defendant's motion for appointment of new counsel, (filing no. 57), is denied.

2) The clerk shall mail a copy of this order to the defendant at:

>Gilbert Ontiveros
>Inmate No. 72906
>P.O. Box 2500
>Lincoln, NE 68542-2500

DATED this 22nd day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge